UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC LEON CHRISTIAN,<br><br>       Plaintiff<br><br>v.<br><br>JASON FRIERSON,<br><br>       Defendant | Case No.: 2:24-cv-00527-APG-MDC<br><br>**Order**<br><br>[ECF Nos. 8, 12, 14] |

On May 21, 2024, Magistrate Judge Couvillier recommended that I dismiss plaintiff Eric Christian's case because Christian did not file a complaint as ordered and because even if Christian's *ex parte* writ of attachment is construed as a complaint, it fails to state a claim. ECF No. 12. Christian did not object. Instead, he filed a status update and a motion for demand, neither of which address Judge Couvillier's report and recommendation. ECF Nos. 13, 14. Because Christian did not object, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 12) is accepted, all pending motions are denied as moot, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 3rd day of July 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE